UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LINDA DAMRON,

        Plaintiff,	Case Number 20-12156
v.	Honorable David M. Lawson

AMAZON.COM SERVICES, LLC,

        Defendant.
_____/

## ORDER OF DISMISSAL

On May 27, 2021, the assigned mediator reported to the Court that the parties have reached an agreement to resolve all of the claims in this matter.  The case therefore will be dismissed.

Accordingly, it is **ORDERED** that the case is **DISMISSED WITH PREJUDICE** and without costs to any party.  Any party may apply to reopen the matter to enforce the settlement agreement **on or before June 27, 2021**.

                                                                              s/David M. Lawson
                                                                              DAVID M. LAWSON
                                                                              United States District Judge

Dated:  May 28, 2021